UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEANNA REISS,                                    DEMAND FOR
                                                 JURY TRIAL
                Plaintiff,
                                                 Case No. 1:19-cv-01780 (VSB)
      -against-

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                Defendant.
------------------------------------------------------------X

TO:    MARK S. LANDMAN, ESQ.
        LANDMAN CORSI BELLANIE & FORD P.C.
        Attorneys for Defendant
        120 Broadway
        Suite 1301
        New York, New York 10271

        PLEASE TAKE NOTICE that pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial in this action.

Dated:  Staten Island, New York
          March 20, 2019

                                    Yours, etc.,

                                    HOWARD M. FILE, ESQ., P.C.
                                    Attorney for Plaintiff
                By:    /s/ Martin Rubenstein
                                    MARTIN RUBENSTEIN, ESQ.

                                    260 Christopher Lane, Suite 102
                                    Staten Island, New York 10314
                                    (718) 494-8800
                                    mjrubenstein@hmfesq.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEANNA REISS,                                              AFFIDAVIT OF
                                                           ELECTRONIC FILING
                        Plaintiff,
                                                           Case No. 1:19-cv-01780 (VSB)
        -against-

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                        Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     SS.:
COUNTY OF RICHMOND   )

        MARIA BELLMIER, being duly sworn, deposes and swears:

I am not a party to the action, am over 18 years of age and am employed by the Law Offices of Howard M. File, Esq., P.C., 260 Christopher Lane, Suite 102, Staten Island, New York 10314.

On Mach 20, 2019, I served a copy of the within Demand for Jury Trial on the following attorneys for the respective parties, pursuant to Rule 130-1.1-a.

TO:    MARK S. LANDMAN, ESQ.
        LANDMAN CORSI BELLANIE & FORD P.C.
        Attorneys for Defendant
        120 Broadway
        Suite 1301
        New York, New York 10271

_____
                 MARIA BELLMIER

Sworn to before me this
20th day of March 2019

_____
Notary Public

MARTIN J. RUBENSTEIN
Notary Public, State of New York
No. 43-02RU5034601
Qualified in Richmond County
Commission Expires 10/17/1~~98~~ 2022