UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

DEANNA REISS,                                                   NOTICE TO TAKE
                                                                DEPOSITION UPON
                                        Plaintiff,              ORAL EXAMINATION

          -against-                                             1:19-CV-01780-VSB

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                                        Defendant.
-------------------------------------------------------------------------X

S I R :

          PLEASE TAKE NOTICE that the deposition testimony, upon oral examination of

Defendant Amtrak by LILY BACHANAS, employee of Defendant Amtrak, will be taken

before a Notary Public, who is not an attorney, or employee of an attorney, for any party

or prospective party herein, and is not a person who would be disqualified to act as a

juror because of interest or because of consanguinity or affinity to any party herein at the

Office of Diamond Court Reporting, 150 Broadway, 13th Floor, New York, New York

10038 (718) 624-7200 on the 21st day of August 2019 at 10:00 a.m. in the forenoon of

that day with respect to evidence material and necessary in the prosecution of this action.

          All of the relevant facts and circumstances in connection with the accident which

occurred on May 19, 2019 including negligence, contributory negligence, liability, and

damages.

1

Said deposition witness to be examined is to produce at such time and place all documents produced by Amtrak referred by "APD Calls for Services Sheet CFS: E181390039" relative to the above referenced action, to be marked as exhibits and used on the examination.

Dated:  Staten Island, New York
         August 12, 2019

                                        Yours, etc.

                                        HOWARD M. FILE, ESQ., P.C.
                                        Attorneys for Plaintiff

                          BY:   _____
                                        MARTIN RUBENSTEIN, ESQ.

                                        260 Christopher Lane
                                        Suite 102
                                        Staten Island, N.Y. 10314
                                        (718) 494-8800


To:    Darien Blair, Esq.
       Landman Corsi Ballane & Ford, P.C.
       Attorneys for Defendant
       120 Broadway, 27th Floor
       New York, New York 10271

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DEANNA REISS,                                            AFFIDAVIT OF
                                                          ELECTRONIC FILING

                              Plaintiff,

          -against-                                       1:19-CV-01780-VSB

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                              Defendant.
-------------------------------------------------------------------------X


STATE OF NEW YORK        )
                         SS.:
COUNTY OF RICHMOND   )


          MARIA BELLMIER, being duly sworn, deposes and swears:

          I am not a party to the action, am over 18 years of age and am employed by the Law
Offices of Howard M. File, Esq., P.C., 260 Christopher Lane, Suite 102, Staten Island, New
York 10314.

          On August 12, 2019, I served a copy of the within Notice to Take Deposition Upon
Oral Examination pursuant to RPAPL Section 911 on the following attorneys for the
respective parties, pursuant to Rule 130-1.1-a.

To:    Darien Blair, Esq.
       Landman Corsi Ballane & Ford, P.C.
       Attorneys for Defendant
       120 Broadway, 27th Floor
       New York, New York 10271

_____
            MARIA BELLMIER

Sworn to before me this
12th day of August 2019

_____
Notary Public

MARTIN J. RUBENSTEIN
Notary Public, State of New York
No. 43-02RU6034601
Qualified in Richmond County

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEANNA REISS,

                              Plaintiff,

         -against-                           1:19-CV-01780-VSB

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                              Defendant.
------------------------------------------------------------------------X

## NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

**MARTIN RUBENSTEIN, ESQ.**
**LAW OFFICES OF HOWARD M. FILE, ESQ.,**
**Attorney for Plaintiff**
**260 Christopher Lane, Suite 102**
**Staten Island, New York 10314**
**(718) 494-8800**