```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEANNA REISS,                                  :

                Plaintiff,                     :    ORDER

        -v.-                                   :
                                                    19 Civ. 1780 (VSB) (GWG)
NATIONAL RAILROAD PASSENGER                    :
CORPORATION (AMTRAK),                          :

                Defendant.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for March 23, 2020 at 10:00 a.m. is hereby changed to a telephonic settlement conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

The submissions required by Docket # 33 remain due on March 17, 2020.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge