UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DEANNA REISS,                                              :
:
                             Plaintiff,          :
:
       - against -                                    :
:
:      19-CV-1780 (VSB)
NATIONAL RAILROAD PASSENGER               :
CORP. (AMTRAK),                                            :                **ORDER**
:
                            Defendant.       :
               .                                             :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2020

VERNON S. BRODERICK, United States District Judge:

       The parties in this matter appeared before me for a telephonic status conference on September 17, 2020, at 11:00 a.m.  It is hereby:

       ORDERED the parties are directed to submit a joint status letter on or before November 27, 2020 indicating whether discovery is complete, whether either party anticipates dispositive motions, and providing a schedule for any dispositive motions the parties wish to file.

SO ORDERED.

Dated:  September 21, 2020
           New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge