UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DEANNA REISS,                                               :
                                                            :
                        Plaintiff,                          :
                                                            :           19-CV-1780 (VSB)
            -against-                                       :
                                                            :                **ORDER**
                                                            :
NATIONAL RAILROAD PASSENGER                                 :
CORPORATION (AMTRAK),                                       :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

VERNON S. BRODERICK, United States District Judge:

      IT IS HEREBY ORDERED that Plaintiff and Defendant shall file a joint status update letter by on or before August 6, 2021. In this letter, the parties should propose a schedule for summary judgment briefing, if any. If neither party intends to move for summary judgment, the parties should provide anticipated trial dates or indicate if they wish to refer this action to the Southern District's Mediation Program or a Magistrate Judge for settlement discussions.

SO ORDERED.

Dated:     June 3, 2021
             New York, New York

                                            Vernon S. Broderick
                                            United States District Judge