# Bisogno & Meyerson L.L.P.

ATTORNEYS AT LAW

7018 FT. HAMILTON PARKWAY    BROOKLYN, N.Y. 11228
TEL 718-745-0880                 FAX 718-680-3891

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/6/2021

The deadline for the parties to file a joint status update letter and proposed summary judgment briefing schedule is hereby extended to September 3, 2021.

Hon. Judge Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

               Re: Deanna Reiss v. National Railroad Passenger Corp. (Amtrak)
                    19-CV-1780 (VSB)

Honorable Judge Broderick:

       This office, with the consent of defense counsel, is requesting an extension to file the joint status report, which is currently due on August 6, 2021. Our office recently substituted Martin Rubenstein's office as attorney on the above captioned matter. The file is quite voluminous and we are still in the process of reviewing it. We are requesting an extension of time in order to fully and thoroughly review the file and read through the many depositions.

_____
Patrick P. Bisogno
Bisogno & Meyerson, LLP

_____
Shayna Bryan
Landman Corsi Ballaine & Ford P.C.