```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
DEANNA REISS,                             :
                                          :
                        Plaintiff,        :     19cv1780 (DLC)
                                          :
              -v-                         :     ORDER
                                          :
NATIONAL RAILROAD PASSENGER CORP.,        :
                                          :
                        Defendant.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    This case was reassigned to this Court on September 9, 2021. Accordingly, it is hereby

    ORDERED that a conference shall be held on **September 22, 2021** at **1:00 pm**. Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           September 15, 2021

                                        _____
                                            DENISE COTE
                                     United States District Judge