```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DEANNA REISS,                           :   19cv1780 (DLC)
                                        :
                    Plaintiff,          :   ORDER
                                        :
          -v-                           :
                                        :
NATIONAL RAILROAD PASSENGER CORP.,      :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 27, 2022, the Court issued an Order that Reiss file a notice of appearance by February 4, and that Reiss's outgoing counsel serve her with the Order and file an Affidavit of Service on the docket. On January 27, the Court also received a letter from defense counsel responding to a letter motion purportedly submitted by Reiss requesting an extension of time. As no such letter motion has been filed, as Reiss has not filed a notice of appearance, and as Reiss's outgoing counsel has not filed an Affidavit of Service, it is hereby

ORDERED that Reiss shall file any motion for extension of time to file a summary judgment motion or Joint Pretrial Order by **February 4, 2022**.

IT IS FURTHER ORDERED that Reiss shall file a notice of appearance by **February 4, 2022**, consistent with the Order of January 27.

IT IS FURTHER ORDERED that Reiss's counsel shall serve Reiss with a copy of this Order, as well as the Order of January 27, and file an Affidavit of Service on the docket.

SO ORDERED:

Dated:  New York, New York
        February 3, 2022

_____
DENISE COTE
United States District Judge