```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DEANNA REISS,                           :    19cv1780 (DLC)
                                        :
                        Plaintiff,      :    ORDER
                                        :
           -v-                          :
                                        :
NATIONAL RAILROAD PASSENGER CORP.,      :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 4, 2022, the pro se plaintiff filed a letter motion for an extension of time, providing as justification for the extension a family member's surgery. As the defendant's February 7 filing reveals, the plaintiff has provided different dates and explanations for her family member's surgery. It is hereby

ORDERED that any summary judgment motion remains due on **February 11, 2022.** If the defendant files a summary judgment motion, the date for the plaintiff's opposition is extended to **March 25, 2022,** and the reply is due **April 8, 2022.** The March 25 date will not be further extended.

IT IS FURTHER ORDERED that failure to comply with this Court's orders may result in sanctions, including dismissal of this action for failure to prosecute, or any other sanctions deemed necessary by the Court.

IT IS FURTHER ORDERED that service on the plaintiff shall be to the address she has provided to the Clerk of Court.

SO ORDERED:

Dated:  New York, New York
        February 8, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge