```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DEANNA REISS,                           :    19cv1780 (DLC)
                                        :
                     Plaintiff,         :    ORDER
                                        :
          -v-                           :
                                        :
NATIONAL RAILROAD PASSENGER CORP.,      :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

 Having received the pro se plaintiff's February 10, 2022 letter motion requesting an extension of time, it is hereby

 ORDERED that the Court's February 8 Order setting out a briefing schedule for any motion for summary judgment filed by the defendant remains in effect.

 IT IS FURTHER ORDERED that failure to comply with this Court's orders may result in sanctions, including dismissal of this action for failure to prosecute, or any other sanctions deemed necessary by the Court.

IT IS FURTHER ORDERED that the Clerk of Court shall mail copies of the February 8 Order and this Order to the plaintiff, and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         February 11, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge