```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   DEANNA REISS,                        :        19cv1780 (DLC)
                                        :
                        Plaintiff,      :           ORDER
                                        :
                -v-                     :
                                        :
   NATIONAL RAILROAD PASSENGER CORP.,   :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the pro se plaintiff's letter of March 14, 2022, it is hereby

    ORDERED that Reiss shall confer with the defendant regarding her request for copies of unpublished authorities cited by the defendant.

    IT IS FURTHER ORDERED that future requests to the Court must include a representation that the moving party has conferred in good faith with the opposing party, in person or by telephone, regarding the request.

    SO ORDERED:

Dated:   New York, New York
          March 14, 2022

                                      _____
                                        DENISE COTE
                              United States District Judge