```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
  DEANNA REISS,                          :      19cv1780 (DLC)
                                         :
                      Plaintiff,         :           ORDER
                                         :
            -v-                          :
                                         :
  NATIONAL RAILROAD PASSENGER CORP.,     :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the pro se plaintiff's opposition to the defendant's February 11, 2022 motion for summary judgment, it is hereby

ORDERED that the plaintiff's opposition to the motion for summary judgment is accepted as duly filed.

IT IS FURTHER ORDERED that this Court's scheduling Order of February 8, 2022 remains in effect.  Any reply in support of the motion for summary judgment is due **April 8, 2022**.

SO ORDERED:

Dated:   New York, New York
         March 29, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge