**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEANNA REISS,

                      Plaintiff,

     -against-                                    19 **CIVIL** 1780 (DLC)

                                                     **<u>JUDGMENT</u>**

NATIONAL RAILROAD PASSENGER CORP.,

                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 3, 2022, Amtrak's February 11, 2022 motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      May 3, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                            **BY:**          *K. Mango*

                                                                   **Deputy Clerk**